## Case No. 15,375.

### UNITED STATES v. HODGKIN.

[1 Cranch, C. C. 510.] [1]

Circuit Court, District of Columbia. Nov. Term. 1808.

#### RECOGNIZANCES—MISDEMEANORS.

Upon a recognizance for the appearance of the defendant in a case of misdemeanor, he is bound to appear on the first day of the term.

Mr. E. J. Lee contended that the recognizance. returnable to this term. cannot be forfeited at this term, as the traverser has the whole term to appear in. The return-day of

[2] [From 2 Wheeler, Cr. Cas. 477.]

[1] [Reported by Hon. William Cranch, Chief Judge.]

all writs is the day after the last day of the session.

THE COURT (DUCKETT, Circuit Judge, absent) said the traverser is bound to appear at the court. which is the first day of the term, and the whole term is but one day in law.